RECEIVED
7-31-2009
JUL 3 1 2009

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

FILED
AUGUST 5, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Jimmie Mitchell

(Name of the plaintiff or plaintiffs)

v.

Namaste Laboratories LLC.

(Name of the defendant or defendants)

CIVIL ACTION

09CV4644
JUDGE William J. Hibbler
MAG. JUDGE Michael T. Mason

**COMPLAINT**

1. This is an action for violation of the FMLA and retaliatory discharge.
2. The plaintiff is Jimmie Mitchell of the county of Chicago in the state of Illinois.
3. The defendant is Namaste Laboratories LLC, whose street address is 13636 So. Western, (city) Chicago (county) Cook (state) Illinois (ZIP) 60406 (Defendant's telephone number) (708) - 824-1393.

II The plaintiff sought employment or was employed by the defendant at (street address) 13636 So Western (city) Blue Island (county) Cook (state) IL (ZIP code) 60406.

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.
6. The defendant terminated the plaintiff on or about, (month) Sept, (day) 25, (year) 2006.

1

7.1   *(Choose paragraph 7.1 or 7.2, do NOT complete both.)*

  (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*]

  ☒ has not  ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

  (i) ☐ the United States Equal Employment Opportunity Commission, on or about
    (month)_____  ____ (day)__  ____ (year)_

  (ii) ☐ the Illinois Department of Human Rights, on or about
    (month)_____  ____ (day)__  ____ (year)_

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☐ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

  ☐ Yes (month)_____ (day)_____ (year)_____
  ☐ No, did not file Complaint of Employment Discrimination

 2. The plaintiff received a Final Agency Decision on (month)_____
  (day)_____ (year)_____.

 c. Attached is a copy of the

  a. Complaint of Employment Discrimination,
  ☒ YES  ☐ NO, but a copy will be filed within 14 days.

 (ii) Final Agency Decision
  ☐ YES  ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month)_____ (day)_____ (year)_____ a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

   (a) ☐ failed to hire the plaintiff.
   (b) ☒ terminated the plaintiff's employment.
   (c) ☐ failed to promote the plaintiff.
   (d) ☐ failed to reasonably accommodate the plaintiff's religion.
   (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ failed to stop harassment;
   (g) retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;
   (h) ☒ other (specify): _violated the FMLA and retaliated for making worker's comp claim_

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    The defendant terminated me shortly after I took a FMLA Leave of Absent and filed a worker's comp claim

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES  ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.
    (b) ☒ Direct the defendant to re-employ the plaintiff.
    (c) ☐ Direct the defendant to promote the plaintiff.
    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.
    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ Direct the defendant to (specify): _____

    (g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

    (h) ☒ Grant such other relief as the Court may find appropriate.

    _____
    Plaintiff's signature

    Joannie M. Mitchell
    Plaintiff's name

Plaintiff's street address  249 E, 113th Street
                            Chgo Ill

City Chicago  State Ill.  ZIP 60628

Plaintiff's telephone number 773 804-3508

Date: July-31 2009

# ILLINOIS WORKERS' COMPENSATION COMMISSION
## APPLICATION FOR ADJUSTMENT OF CLAIM (APPLICATION FOR BENEFITS)

ATTENTION. Please type or print. Complete all questions. File three copies of this form.

Workers' Compensation Act __xx__  Occupational Diseases Act _JUN - 5_  Fatal case? No __xx__ Yes ____ Date of death _____

__Joannie Mitchell__
Employee/Petitioner

Case # (Office use only) __06WC 24268__

v.

__Namaste__
Employer/Respondent

Location of accident or last exposure __Blue Island, IL__
City / State

__Joannie Mitchell__ | __11754 South State Street__ | __Chicago, IL 60628__
Injured employee's name | Street address | City / State / Zip code

__Namaste__ | __13636 South Western__ | __Blue Island, IL 60406__
Employer's name | Street address | City / State / Zip code

Employee information: Social Security # __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__   Male ____ Female __xx__ Married ____ Single __x__

# Dependents under age 18 __0__   Birthdate __08/13/55__   Average weekly wage $ __340.00__

Date of accident __05/17/06__   The employer was notified of the accident orally __xx__ in writing ____

How did the accident occur? __Petitioner injured when chair slid out from under her__

What part of the body was affected? __Neck, head, back, chest, both legs and left shoulder__

What is the nature of the injury? __To be shown__   Return-to-work date _____

Is a *Petition for an Immediate Hearing* attached? Yes ____ No __xx__

Is the injured employee currently receiving Temporary Total Disability benefits? Yes ____ No __xx__

If a prior application was ever filed for this employee, list the case number and its status _____

ATTENTION, PETITIONER. This is a legal document. Be sure all blanks are completed correctly and you understand the statements before you sign this. Refer to the Commission's *Handbook on Workers' Compensation and Occupational Diseases* for more information.

_/s/ Joannie Mitchell_      _5, 3, a_
Signature of petitioner     Date

### APPEARANCE OF PETITIONER'S ATTORNEY
Please attach a copy of the *Attorney Representation Agreement*.

_/s/_
Signature of attorney

__134 North LaSalle Street, 9th Floor__
Street address

__Sheldon J. Sandman #704__
Attorney's name and IIC attorney code number (please print)

__Chicago__  __IL__  __60602__
City / State / Zip code

__SANDMAN, LEVY & PETRICH__
Firm name

__(312) 726-1692__
Telephone number

IC1 12/04 100 W. Randolph Street #8-200 Chicago, IL 60601 312/814-6611 Toll-free 866/352-3033 Web site: www.iwcc.il.gov
Downstate offices: Collinsville 618/346-3450 Peoria 309/671-3019 Rockford 815/987-7292 Springfield 217/785-7084
Disclosure of this information to the Commission is done voluntarily under 820 ILCS 305/6(b)